UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2020

JUANA RAMALES PEREZ,

                    Plaintiff,

        -v-

EAST SIDE TOP CLEANERS LLC, et al.,

                Defendants.

------------------------------------------------------------------------X

20-cv-5509 (LJL)

NOTICE OF
CONFERENCE

LEWIS J. LIMAN, United States District Judge:

      It is hereby ORDERED that counsel for all parties appear for a Case Management Conference by TELEPHONE on February 5, 2020, at 12:00 p.m.  Parties are directed to dial into the Court's teleconference number at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

      IT IS FURTHER ORDERED that, by one week prior to conference, the parties jointly submit to the Court a proposed Case Management Plan and Scheduling Order. A template is available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.  This document should be filed electronically on ECF, consistent with the Court's Individual Practices in Civil Cases, which are available on the same webpage. Parties should consult the Individual Practices for guidance on the matters to be discussed at the Initial Pretrial Conference and for the Court's rules with respect to communications with Chambers and other procedural matters.

      Discovery is stayed pending the parties' participation in the court-annexed mediation program.  A referral to mediation will issue by separate order.  As stated at conference held today, corporate defendants are not permitted to proceed *pro se*, and if the case is not resolved through mediation and the Corporate Defendant does not retain counsel, the Court will entertain a motion from Plaintiff for default judgment. *See Grace v. Bank Leumi Tr. Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006) ("It is settled law that a corporation may not appear in a lawsuit against it except through an attorney, and that, where a corporation repeatedly fails to appear by counsel, a default judgment may be entered against it . . .") (quoting *SEC v. Research Automation Corp.*, 521 F.2d 585, 589 (2d Cir.1975)).

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at 264b 3rd st., Palisades Park, New Jersey, 07650.

      SO ORDERED.

Dated: November 30, 2020
      New York, New York

                                 LEWIS J. LIMAN
                             United States District Judge