# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

| | |
|---|---|
| 60 E. 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

kjohnson@faillacelaw.com

March 23, 2021

**VIA ECF:**

Hon. Lewis J. Liman
United States District Judge – SDNY
Daniel Patrick Moynihan
US Courthouse
500 Pearl Street
New York, NY  10007

        RE:        **Ramales Perez, et al. v. East Side Top Cleaners, LLC, et al.**
                       **Civil Docket No.: 1:20-cv-05509-LJL**
                       **LETTER WITH REVISED SETTLEMENT AGREEMENT**

To Your Honor:

       This office represents Plaintiff in the above captioned action. In accordance with the Court's decision on March 11, 2021 after a fairness hearing was conducted, Plaintiff now files, jointly with Defendants, a revised settlement agreement, conforming to the Court's order. As such, Plaintiff's attorneys will now receive $6,000.00 in attorneys' fees, inclusive of costs, with Plaintiff receiving $10,000.00. The revised and executed settlement agreement is annexed hereto as *Exhibit A*.

       Plaintiff and counsel thank the Court for its time and attention in this matter and awaits the Court's decision.

                                                      Best regards,

                                                      *s/s Kevin S. Johnson*

                                                      Kevin S. Johnson, Esq.
                                                      MICHAEL FAILLACE & ASSOCIATES, P.C.
                                                      *Attorneys for Plaintiffs*